UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


**LEWIS FORD, INC.,**

**Plaintiff,**

v.                                                          Cv. No. 08-2561-Ma

**UNIVERSAL UNDERWRITERS**
**INSURANCE COMPANY,**

**Defendant.**


# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order on Pending Summary Judgment Motions, docketed June 30, 2009.


**APPROVED:**

S/ *Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


| June 30, 2009 | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | S/ *Jean Lee* |
| | (By) DEPUTY CLERK |